FILED

JAN 27 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEAGUE OF CONSERVATION VOTERS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; et al., <br><br> Defendants-Appellants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE; STATE OF ALASKA, <br><br> Intervenor-Defendants. | No. 19-35460 <br><br> D.C. No. 3:17-cv-00101-SLG District of Alaska, Anchorage <br><br> ORDER |
| LEAGUE OF CONSERVATION VOTERS; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> JOSEPH R. BIDEN, in his official capacity as President of the United States; et al., <br><br> Defendants, | No. 19-35461 <br><br> D.C. No. 3:17-cv-00101-SLG District of Alaska, Anchorage |

STATE OF ALASKA,

        Intervenor-Defendant,

and

AMERICAN PETROLEUM INSTITUTE,

        Intervenor-Defendant-Appellant.

---

LEAGUE OF CONSERVATION VOTERS; et al.,

        Plaintiffs-Appellees,

v.

JOSEPH R. BIDEN, in his official capacity as President of the United States; et al.,

        Defendants,

AMERICAN PETROLEUM INSTITUTE,

        Intervenor-Defendant,

and

STATE OF ALASKA,

        Intervenor-Defendant-Appellant.

No. 19-35462

D.C. No. 3:17-cv-00101-SLG
District of Alaska, Anchorage

Before: CHRISTEN, WATFORD, and BADE, Circuit Judges.

On January 20, 2021, President Biden issued an Executive Order that, among other things, purports to exercise President Biden's authority pursuant to Section 12(a) of the Outer Continental Shelf Lands Act, 43 U.S.C. 1341(a), to reinstate President Obama's withdrawals of certain areas of the Arctic Ocean and Bering Sea from oil and gas drilling. President Biden's Executive Order also revoked Executive Order No. 13795 that had been issued by President Trump. The parties are ordered to submit supplemental briefs regarding the impact of the January 20, 2021 Executive Order on these appeals.

The briefs are not to exceed ten (10) pages in length, and must be submitted by Thursday, February 11, 2021. The parties may submit responsive briefs, not to exceed ten (10) pages in length, by Thursday, February 25, 2021.