No. 19-35460
(Consolidated with Nos. 19-35461 and 19-35462)

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LEAGUE OF CONSERVATION VOTERS, et al.,
*Plaintiffs/Appellees*,

v.

JOSEPH R. BIDEN, in his official capacity as
President of the United States, et al.,
*Defendants/Appellants.*

Appeal from the United States District Court for the District of Alaska
No. 3:17-cv-00101 (Hon. Sharon L. Gleason)

**FEDERAL APPELLANTS' RESPONSIVE SUPPLEMENTAL BRIEF**

|  |  |
|---|---|
|  | JEAN E. WILLIAMS |
|  | *Acting Assistant Attorney General* |
| Of Counsel: | JUSTIN D. HEMINGER |
|  | *Attorney* |
| DENNIS DAUGHERTY | Environment and Natural Resources Division |
| SUSAN HOVEN CASON | U.S. Department of Justice |
| *Attorneys* | Post Office Box 7415 |
| Division of Mineral Resources | Washington, D.C. 20044 |
| Office of the Solicitor | (202) 514-5442 |
| U.S. Department of the Interior | justin.heminger@usdoj.gov |

## TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................. ii

CERTIFICATE OF COMPLIANCE

# TABLE OF AUTHORITIES

## Case

*United States v. Munsingwear, Inc.*,
    340 U.S. 36 (1950).................................................................................1

In response to the Court's January 27, 2021 Order, the parties filed supplemental briefs on "the impact of the January 20, 2021 Executive Order on these appeals." Docket No. 82. The Court's Order further provided that the parties "may" file responsive briefs. *Id.* In response to the parties' supplemental briefs, the Federal Appellants submit two brief points.

1. All parties agree that President Biden's Executive Order 13990, which revoked Executive Order 13795, has rendered these consolidated appeals moot. *See* Federal Appellants' Supplemental Brief 3-9, Docket No. 88 (Mar. 15, 2021); State of Alaska's Supplemental Brief 1-2, Docket No. 90 (Mar. 15, 2021); Supplemental Brief for Plaintiffs-Appellees League of Conservation Voters, et al. 2-9, Docket No. 92 (Mar. 15, 2021); American Petroleum Institute's Supplemental Brief 3-4, Docket No. 93-1 (Mar. 15, 2021). Thus, for the reasons stated in the parties' supplemental briefs, the Court should dismiss the appeals and remand to the district court with instructions to dismiss the case as moot.

2. All of the Defendant-Appellants—the Federal Appellants, Alaska, and American Petroleum Institute (API)—request that the Court follow the "established practice" of federal courts and "vacate the judgment below." *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950). *See* Federal Appellants' Supplemental Brief 9-10; Alaska's Supplemental Brief 2-6; and API's Supplemental Brief 4-8. Plaintiffs-Appellees (collectively, the League) did not

1

address vacatur in their supplemental brief. *See* The League's Supplemental Brief 1-9. For the reasons stated in the Defendant-Appellants' supplemental briefs, the Court should grant *Munsingwear* vacatur.

In summary, the Court should dismiss the appeals, vacate the decisions below, and remand the matter with instructions to dismiss the case as moot.

.

|  | Respectfully submitted, |
|---|---|
|  | s/ *Justin D. Heminger* |
| Of Counsel: | JEAN E. WILLIAMS<br>*Acting Assistant Attorney General* |
| DENNIS DAUGHERTY<br>SUSAN HOVEN CASON<br>*Attorneys*<br>Division of Mineral Resources<br>Office of the Solicitor<br>U.S. Department of the Interior | JUSTIN D. HEMINGER<br>*Attorney*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 514-5442<br>justin.heminger@usdoj.gov |

March 29, 2021
DJ 90-1-18-14968

## Form 8. Certificate of Compliance for Briefs

**9th Cir. Case Number(s)**     19-35460

I am the attorney or self-represented party.

**This brief contains 273 words,** excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief *(select only one)*:

[ ] complies with the word limit of Cir. R. 32-1.

[ ] is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

[ ] is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

[ ] is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

[ ] complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one)*:
[ ] it is a joint brief submitted by separately represented parties;
[ ] a party or parties are filing a single brief in response to multiple briefs; or
[ ] a party or parties are filing a single brief in response to a longer joint brief.

[ X ] complies with the length limit designated by court order dated January 27, 2021 (Case No. 19-35460, Docket Entry 82).

[ ] is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature**     s/ Justin D. Heminger

**Date**          March 29, 2021